

# Fourth Court of Appeals
## San Antonio, Texas

January 18, 2022

No. 04-21-00024-CV

**FFGGP, INC.,** as trustee of the Windward Trace 9131 Land Trust,
Appellant

v.

**MTGLQ INVESTORS, LP,** Rushmore Loan Management Services, LLC, and U.S. Bank
National Association, as trustee of TIKI Series IV Trust,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-02266
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Chief Justice
     Irene Rios, Justice
     Lori I. Valenzuela, Justice

On January 14, 2022, appellees filed a motion for substitution of counsel. The motion is GRANTED.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court